912

No. 97–253. IN RE HUTCHINSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF HUTCHINSON, DECEASED;

No. 97–5438. IN RE GOWING; and

No. 97–5725. IN RE WAPNICK. Petitions for writs of mandamus denied.

No. 97–5333. IN RE ONYEAGORO; and

No. 97–5570. IN RE CHEVES ET AL. Petitions for writs of mandamus and/or prohibition denied.

No. 96–1829. MONTANA ET AL. v. CROW TRIBE OF INDIANS ET AL. C. A. 9th Cir. Certiorari granted.

No. 97–300. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTION, ET AL. v. MARTINEZ-VILLAREAL. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Motion of Criminal Justice Legal Foundation for leave to file a brief as *amicus* curiae granted. Certiorari granted.

No. 97–5310. BEACH ET UX. v. OCWEN FEDERAL BANK. Sup. Ct. Fla. Motion of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted limited to the following question: "May an action for the statutory right of rescission provided by the Truth-in-Lending Act, 15 U. S. C. § 1635, be revived as a defense in recoupment beyond the 3-year limit on the right of rescission set forth in § 1635(f)?"

No. 96–1497. CITY OF MORENO VALLEY ET AL. v. DESERT OUTDOOR ADVERTISING, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1830. TRACTOR SUPPLY CO., INC. v. PRYNER; and

No. 97–123. PRYNER v. TRACTOR SUPPLY CO., INC. C. A. 7th Cir. Certiorari denied. Reported below: 109 F. 3d 354.

No. 96–1921. BROWN ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. D. C. Cir. Certiorari denied.